Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**THE LAW OFFICES OF JOSEPH R. MANNING, JR.**
**A PROFESSIONAL CORPORATION**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
(949) 200-8755
(866) 843-8308
Email: ecf@ManningLawOffice.com

**JS-6**

Attorneys for Plaintiffs FRANK H. CORTEZ and DIANA R. CORTEZ

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- EASTERN DIVISION

| | |
|---|---|
| FRANK H. CORTEZ and DIANA R. CORTEZ, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., a business entity form unknown, and DOES 1-100, inclusive, <br><br> Defendants. | CASE NO. ED-CV-13-02201 VAP (DTBx) <br> Hon. Virginia A. Phillips <br><br> ORDER OF JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE |

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-entitled action be, and hereby is Dismissed in its entirety without prejudice.

**IT IS SO ORDERED.**

Dated: December 23, 2013        _____

*Virginia A. Phillips*

United States District Judge

[PROPOSED] ORDER OF JOINT STIPULATION OF DISMISSAL WITH PREJUDICE